IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN FARREN and JOSEPH FARREN, w/h, <br><br> Plaintiffs, <br><br> v. <br><br> BLANE SESSIONS, M.D., <br><br> Defendant. | CIVIL ACTION <br> NO. 18-4793 |

## ORDER

**AND NOW**, this 5th day of August 2019, upon consideration of the Motion of Defendant, Blane Sessions, M.D., to Dismiss Pursuant to F.R.C.P. 12(b)(5)-(6) (Doc. No. 3), and Plaintiffs' Response in Opposition to the Motion (Doc. No. 4), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. No. 3) is **DENIED**.
2. Plaintiffs' claim in the Complaint for punitive damages is **WITHDRAWN**.
3. Defendant shall file an Answer to the Complaint within twenty-one (21) days from the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.